UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** (One Count) |
| v. | ) | Case No.: 3:20CR47 |
| TI LEE GOOBER, JR. | ) | 18 U.S.C. § 922(g)(1) |

FILED 2020 JUN 10 PM 4:34 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 7, 2020, in the Northern District of Indiana,

**TI LEE GOOBER, JR.,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense in Count 1 of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offense, including but not limited to the following:

a. A Glock, model 23, .40 caliber firearm with serial number DYY128;

b. Rounds of ammunition.

Dated: June 10, 2020

A TRUE BILL:

*s/ Foreperson*
_____
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: *s/ Joel Gabrielse*
_____
Joel Gabrielse
Assistant United States Attorney