UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:20-CR-47 JD |
| ) | |
| TI LEE GOOBER, JR. ) | |
|     Defendant. ) | |

# APPEARANCE

To the Clerk of this court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for **TI LEE GOOBER, JR.**

Dated: June 24, 2020

    Respectfully submitted,

    Northern District of Indiana
    Federal Community Defenders, Inc.

By:    s/ Scott J. Frankel
    Scott J. Frankel, Staff Attorney
    227 S. Main Street, Suite 100
    South Bend, IN 46601
    Phone: (574) 245-7393
    Fax: (574) 245-7394
    eMail: scott_frankel@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

    /s/ Allyson A. King, Paralegal
    Northern District of Indiana
    Federal Community Defenders, Inc.