AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TI LEE GOOBER JR | ) | Case No. 3:20-cr-47 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TI LEE GOOBER JR                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18:922(g)(1) Felon in possession of a firearm

Date:   06/11/2020

*Issuing officer's signature*

City and state:   South Bend, IN

Robert N. Trgovich, Clerk (rmc)
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/11/2020, and the person was arrested on *(date)* 6/23/2020
at *(city and state)* South Bend, IN.

Date: 6/26/2020

*Arresting officer's signature*

Pamela O. Mozdzierz, SDUSM
*Printed name and title*

U.S. MARSHALS SERVICE N/IN
JUN 11 2020 11:41

FILED 2020 JUL -2 AM 10:06
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT OF INDIANA