UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-CR-047 JD |
| | ) | |
| TI LEE GOOBER | ) | |

## CONSENT TO RULE 11 PLEA IN A FELONY CASE
## BEFORE A UNITED STATES MAGISTRATE JUDGE

I have been advised of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to entering my plea before a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 21st day of ___August___, 2020.

_____
Defendant

s/Scott J. Frankel
**Attorney for Defendant**

The undersigned, on behalf of the United States of America, consents to the entry of a plea before a United States Magistrate Judge.

s/Jerome W. McKeever
**Assistant United States Attorney**