UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cr-047 JD |
| | ) | |
| TI LEE GOOBER, JR. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This matter having come before the Court upon Motion by the United States of America for the entry of a *Preliminary Order of Forfeiture:*

WHEREAS, on June 10, 2020, a federal grand jury sitting in the Northern District of Indiana returned a one-count Indictment charging defendant Ti Lee Goober, Jr. with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1);

WHEREAS, the Indictment further alleged property named in this order would, in the event of conviction, be subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

WHEREAS, on August 21, 2020, defendant Goober pled guilty to the Indictment, in violation of 18 U.S.C. § 922(g)(1); and

WHEREAS, the Court has determined, based upon defendant Ti Lee Goober, Jr.'s plea agreement, specifically paragraph 9(g), and consent to the forfeiture of the firearm and ammunition, that the property described herein is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between such property and such offenses;

Accordingly, it is ORDERED, ADJUDGED, and DECREED:

1. That defendant Ti Lee Goober, Jr. shall forfeit to the United States of America, the following property:

- Glock GMBH 23, .40 caliber pistol, serial number: DYY128US; and
- 11 rounds .40 caliber ammunition.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon the entry of this Order, the Attorney General or its designee, is authorized to seize the aforementioned property; to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture; and to commence proceedings that comply with any statutes governing third party rights.

3. Pursuant to Rule 32.2.(b)(6) and in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of the Preliminary Order of Forfeiture.  The United States shall also provide direct written notice of the Preliminary Order of Forfeiture to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture.

Any person, other than the above named defendant, asserting a legal interest in the property may, within 30 days of the receipt of notice, or within 60 days of the first publication of notice on the internet website, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Any petition filed by a third party asserting an interest in the subject property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in subject property; the time and circumstances of the

2

petitioner's acquisition of the right, title, or interest in subject property; and any additional facts supporting the petitioner's claim and relief sought.

The petition must be filed with the Clerk, United States District Court, 204 S. Main Street, South Bend, Indiana 46601, and a copy served upon Jerome W. McKeever, Assistant United States Attorney, 204 S. Main Street, Room M01, South Bend, Indiana 46601, within 30 days of the receipt of notice, or within 60 days of the first publication of notice on the internet website, whichever is earlier.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

6. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

7. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED:

Dated: <u>August 26, 2020</u>

        /s/JON E. DEGUILIO
Chief Judge
United States District Court

3