UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cr-00047 JD |
| | ) | |
| TI LEE GOOBER, JR. | ) | |

**UNITED STATES' MOTION FOR A FINAL ORDER OF FORFEITURE**

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, by Jerome W. McKeever, Assistant United States Attorney, and requests this Court enter a Final Order of Forfeiture. In support of this Motion your undersigned states the following:

1. On August 26, 2020, this Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. Glock GMBH 23, .40 caliber pistol, serial number: DYY128US;
    b. 11 rounds .40 caliber ammunition.

2. In accordance with 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for thirty (30) consecutive days, beginning on August 28, 2020 and ending on

September 26, 2020. A copy of the notice is attached.

The notice provided that any person asserting a legal interest in the property subject to forfeiture may, within sixty (60) days from the first date of internet publication, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.

3. No claims were filed within that 60-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely Petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the Order.

Dated: October 28, 2020

        Respectfully submitted,

        THOMAS L. KIRSCH II
        UNITED STATES ATTORNEY

By:   *s/ Jerome W. McKeever*
      Jerome W. McKeever
      Assistant United States Attorney
      United States Attorney's Office
      204 S. Main Street, Room M01
      South Bend, IN 46601
      Phone: 574-236-8287
      Email: Jerome.McKeever@usdoj.gov