UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cr-00047 JD |
| | ) | |
| TI LEE GOOBER, JR. | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on August 26, 2020, this Court entered a Preliminary Order of Forfeiture ordering defendant Ti Lee Goober, Jr. to forfeit the following property:

a. Glock GMBH 23, .40 caliber pistol, serial number: DYY128US;
b. 11 rounds .40 caliber ammunition.

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for thirty (30) consecutive days, beginning August 28, 2020 and ending on September 26, 2020, notifying all third parties of their right to petition the Court within sixty (60) days from the first date of internet publication for a hearing to adjudicate the validity of his/her alleged interest in the property;

WHEREAS, no timely claim has been filed; and

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is hereby forfeited to the United States of America:

a. Glock GMBH 23, .40 caliber pistol, serial number: DYY128US;
b. 11 rounds .40 caliber ammunition.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

ENTERED: November 16, 2020

/s/JON E. DEGUILIO
Chief Judge
United States District Court